**FILED**

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

### Ocala Division

|  |  |
|---|---|
| LORI JOHNSON | Case No. 5:18-cv-345-oc-30PRL |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- | |
| SAKS & ASSOCIATES (aka) Dunkin Donuts, Manoj Prassad (aka) Owner, Dunkin Donuts, Amarkant. Saxena. (aka) Owner. Dunkin Donuts. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lori Johnson |
| Street Address | P.O. Box 525 |
| City and County | Oxford , Sumter County |
| State and Zip Code | Florida  34484 |
| Telephone Number | 407-310-8786 |
| E-mail Address | Lhappy7733 @gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**Defendant No. 1**

| | |
|---|---|
| Name | Manoj Prasad- Owner SAKS & ASSOCIATES aka dunkin donuts |
| Job or Title *(if known)* | Owner of Gennex Ventures |
| Street Address | 7571 Osceola Polk Line Rd |
| City and County | Davenport, Polk County |
| State and Zip Code | Florida, 33836 |
| Telephone Number | 407-390-8455  Phone number on sunbiz ,org is a dunkin donuts. |
| E-mail Address *(if known)* | THIS ABOVE ADDRESS IS ONE OF HIS DUNKIN DONUTS |

**Defendant No. 2**

| | |
|---|---|
| Name | Amarkant Saxena,Owner SAKS &ASSOCIATES aka dunkin |
| Job or Title *(if known)* | Owner of Gennex Ventures |
| Street Address | 7571 Osceola Polk Line Rd |
| City and County | Davenport, Polk County |
| State and Zip Code | Florida, 33836 |
| Telephone Number | 407-390-8455 |
| E-mail Address *(if known)* | This above address is from Sunbiz.org and is a dunkin donuts |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C.    Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Dunkin Donuts,aka Gennex Ventures, |
| Street Address | 17330 SR 50 |
| City and County | Clermont, Lake County |
| State and Zip Code | Clermont, Florida 34711-1101 |
| Telephone Number | 407-654-3363 |

## II.    Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

☒        Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☒        Relevant state law

☐        Relevant city or county law

## III.    Statement of Claim

State as briefly as possible the facts of your case.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.        Nature of employer's business:

Dunkin Donuts/ Baskin Robbins,  sandwhiches, coffee, donuts and specialty drinks

B.        Dates of employment:

07/23-2017-04/20-2018

C.        Employee's job title and a description of the kind of work done:

Baskin Robbins Cake decorator and baking at night donut finisher.

D.        Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

10.00 an hour, direct doposit, paid weekly

E.      Number of hours actually worked each week in which a violation is claimed:

DUE TO THE FACT, THAT (RADIENT) DUNKINS TIME RECORD KEEPING SYSTEM ALLOWS FRANCHISEE TO PICK AND CHOOSE SATURDAY HOURS ACCORDING TO WHICH WEEK THEY WANT TO APPLY TO AVOID PAYING OVERTIME PAY, FURTHER, WHEN TIME SLIPS ARE PRODUCED THE BONE OF CONTENTION IS THE SATURDAY HOURS. HOURS CANNOT BE DETERMINED BECAUSE THE FRANCHISEE IS PICKING AND CHOOSING WHEN THE PAYROLL ENDS FOR THE WEEK.to avoid paying the overtime or reduce ther payroll tax for the week.

F.      Description of the alleged violation(s) *(check all that apply)*:

☒      **Failure to pay the minimum wage** *(explain)*

Plaintfiff has completed an excel spreadsheet of Exhibits A and B(COPY OF PLAINTIFF TIMESLIPS) The difference in paid payroll hours and plaintiffs timeslips shows the unpaid hours of 432.30 Yes, Plaintiff kept those timeslips because the Indian owned dunkins do have previous history with me of inccurate unpaid wages and overtime.

☒      **Failure to pay required overtime** *(explain)*

☒      **Other violation(s)** *(explain)*

Possibly Defendants subtracting time from pay for Breaks the Plaintiff did not receive.

G.      Date(s) of the alleged violation(s):

07-23-2017-4-20-2018

H.      Additional facts:

Dunkin Donuts Radient Computer system for recording clockin and clock outs can be altered.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff humbly requests the Court to waive fees and costs and produce  this complaint with summons and attached Exhibits A, B,C, to defendants by use of US Marshalls office.
Plaintiff humbly requests the Court to order Defendants to pay unpaid wages and liquidated damages, an exact amount yet to be determined,   Unpaid wages is approx 432.30 and liquidated damages 864.30

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             6/28/2018

Signature of Plaintiff       _Lori Johnson_

Printed Name of Plaintiff    Lori Johnson

### B.    For Attorneys

P. O. Box 525
Oxford, Florida 34484        ph# 407-311-8786

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Date of signing:                    NA
_____

Signature of Attorney            _____

Printed Name of Attorney         _____

Bar Number                       _____

Name of Law Firm                 _____

Street Address                   _____

State and Zip Code               _____

Telephone Number                 _____

E-mail Address                   _____

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# Exhibit A

| SAKS CHECK # AND DATE | HOURS/PAYSTUBS | PHYSICAL TIME SLIPS CLOCK IN/OUT | TIME SLIPS HOURS |
|---|---|---|---|
| 52225649 08062017 | 8.78 | 07-28-29-2017 | 8.78 |
| NO CHECK NUMBER 8-15- | 0.00 | 08-18-18-2017 | 1.07 |
| NO CHECK NUMBER 8-22- | 0.00 | 08-23-23-2017 | 9.73 |
| 52279432 08292017 | 1.06 | 09-01-01-2017 | 5.35 |
| 28279391 09052017 | 11.73 | 09-05-05-2017 | 5.72 |
| 28350903 09122017 | 5.35 | 09-16-09-16-2017 | 5.82 |
| 28411644 09192017 | 10.46 | 09-20-09-20-2017 | 8.58 |
| 28481945 09262017 | 5.81 | 09-21-09-21-2017 | 2.70 |
| 26547903 10032017 | 9.31 | 09-29-2017-09-29-2017 | 4.53 |
| 28617495 10102017 | 11.46 | 09-30-2017-09-30-2017 | 6.93 |
| 28684157 10172017 | 22.86 | 10-01-10-01-2017 | 4.27 |
| 28750338 10242017 | 16.65 | 10-02-2017-10-02-2017 | 2.90 |
| 28814068 10312017 | 30.81 | 10-03-10-04-2017 | 5.43 |
| 28885733 1172017 | 15.55 | 10-05-10-05-2017 | 5.35 |
| 28945595 11142017 | 20.26 | 10-06-2017-10-06-2017 | 4.92 |
| 29019508 11212017 | 17.53 | 10-8-2018-10-08-2017 | 3.25 |
| 29079869 11262017 | 8.68 | 10-9-2018-10-09-2017 | 2.82 |
| 29153575 12052017 | 3.33 | 10-12-2017-10-12-2017 | 5.20 |
| 29221104 12122017 | 2.20 | 10-13-2017-10-13-2017 | 10.48 |
| 29297206 12192017 | 7.76 | 10-14-2017-10-15-2017 | 0.97 |
| 29370540 12262017 | 1.11 | 10-15-2017-10-15-2017 | 8.12 |
| 29441063 01022018 | 9.58 | 10-15-2017-10-15-2017 | 2.60 |
| 29497808 01092018 | 5.78 | 10-17-10-17-2017 | 6.00 |
| 29568869 01162018 | 6.83 | 10-18-10-18-2017 | 9.00 |
| 29626390 01232018 | 10.15 | 10-19-10-19-2017 | 2.20 |
| 29688368 01302018 | 1.40 | 10-21-10-21-2017 | 4.20 |
| 29751450 02062018 | 4.38 | 10-25-2017-10-25-2017 | 5.12 |
| 29817409 02132018 | 5.90 | 10-26-2017-10-26-2017 | 7.76 |
| 29881683 02202018 | 7.58 | 10-27-2017-10-27-2017 | 3.28 |
| nocheck 02272018 | 0.00 | 10-27-2017-10-27-2017 | 0.43 |
| nn check 03062018 | 0.00 | 10-28-2017-10-28-2017 | 4.02 |
| no check 03132018 | 0.00 | 10-29-2017-10-29-2017 | 1.08 |
| 30159983 03202018 | 1.25 | 10-30-2017-10-30-2017 | 8.93 |
| no check 03272018 | 0.00 | 10-31-2017-10-31-2017 | 3.40 |
| no check 04032018 | 0.00 | 11-04-2017-11-04-2017 | 2.85 |
| 30374093 04102018 | 11.26 | 11-05-2017-11-05-2017 | 3.03 |
| 30447268 04172018 | 4.01 | 11-07-2017-11-7-2017 | 6.07 |
| 30517728 04242018 | 27.56 | 11-10-2017-11-10-2017 | 7.45 |
| 30588400 05012018 | 7.80 | 11-11-2017-11-11-2017 | 6.50 |
| | 314.18 | 11-13-2017-11-13-2017 | 7.68 |
| | | 11-16-2017-11-16-2017 | 1.00 |
| | | 11-18-2017-11-18-2017 | 4.50 |
| | | 11-19-2017-11-19-2017 | 2.10 |
| | | 11-22-2017-11-22-2017 | 1.23 |

**Continuation of time slips**

| Date | Hours |
|---|---|
| 11-24-2017-11-24-2017 | 7.85 |
| 11-29-2017-11-29-2017 | 0.82 |
| 11-30-2017-11-30-2017 | 4.60 |
| 12-1-2017-12-1-2017 | 6.27 |
| 12-02-2017-12-02-2017 | 1.38 |
| 12-08-2017-12-08-2017 | 3.77 |
| 12-8-2017--12-08-2017 | 9.18 |
| 12-15-2017-12-15-2017 | 1.12 |
| 12-22-2017-12-22-2017 | 7.83 |
| 12-23.2017-12-23-2017 | 9.58 |
| 12-28-2017-12-28-2017 | 1.45 |
| 12-29-2017-12-29-2017 | 4.33 |
| 01-03-2018-01-03-2018 | 2.85 |
| 01-04-2018-01-04-2018 | 2.60 |
| 01-05-2018-01-05-2018 | 1.38 |
| 01-08-2018-01-08-2018 | 7.07 |
| 01-13-2018-01-13-2018 | 3.08 |
| 01-21-2018-01-21-2018 | 4.38 |
| 02-02-2018-02-02-2018 | 5.30 |
| 02-05-2018-02-05-2018 | 7.58 |
| 03-28-2018-03-28-2017 | 4.08 |
| 03-30-2018-03-30-2017 | 6.50 |
| 04-05-2018-04-05-2018 | 4.01 |
| 04-06-2018-04-06-2018 | 6.32 |
| 04-08-2018-04-08-2018 | 5.70 |
| 04-10-2018-04-10-2018 | 5.33 |
| 04-11-2018-04-11-2018 | 3.01 |
| 04-12-2018-04-12-2018 | 2.42 |
| 04-13-2018-04-13-2018 | 8.32 |
| 04-14-2018-04-14-2018 | 2.15 |
| 04-15-2018-04-15-2018 | 3.80 |
| | 357.41 |

| | | |
|---|---|---|
| **TIMESLIP HOURS** | 357.41 | |
| **PAYSTUB HOURS** | 314.18 | |
| **UNPAID HOURS** | 43.23 | |
| **UNPAID WAGES** | $432.30 | **43.23 AT @10.00 AN HOUR** |
| **LIQUIDATED DAMAGES** | $864.30 | **2ND CHECK** |